# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3030

_____

EDWIN BERNARD RATTRAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James Matthew Colaw, Judge.

July 8, 2026

PER CURIAM.

AFFIRMED. *See Murray v. State*, 397 So. 3d 223, 225 (Fla. 6th DCA 2024) (holding that rule 3.801 is the exclusive remedy for jail credit issues and "procedural case law on jail credit preceding rule 3.801's enactment is irrelevant"); Fla. R. Crim. P. 3.801(b).

KELSEY, NORDBY, and NEFF, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Edwin Bernard Rattray, pro se, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.